UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KENNETH STOVALL,**

Plaintiff,

v.                                                    **No. 4:26-cv-00614-P**

**TEXAS ATTORNEY GENERAL ET AL.,**

Defendants.

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, ECF Nos. 11, 12, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge, ECF Nos. 11, 12, are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiff's Complaint is **DISMISSED without prejudice** for want of prosecution. It is also **ORDERED** that Plaintiff Kenneth Stovall is **DECLARED** a vexatious litigant, is warned that monetary sanctions may be imposed for future vexatious litigation considered to be abusive and harassing in nature, and is **ORDERED** to obtain leave of court by filing a motion before being permitted to file any additional complaints in this district or remove any cases to this district.

**SO ORDERED** on this **28th day of July 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE